AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Braxton
*Plaintiff*

v.  Civil Action No. 3:20-cv-02497-K

McDonnell and Associates LLC et al
*Defendant*

## Summons in a Civil Action

**TO:** McDonnell and Associates LLC  c/o Oscar Gonzalez
959 West Lamark LN
Anaheim, California 92802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Nathan Volheim
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/25/2020

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Texas

Case Number: 3:20-CV-02497-K

Plaintiff:
**BRAXTON**

vs.

Defendant:
**McDONNELL AND ASSOCIATES LLC, ET AL**

For:
NATHAN VOLHEIM
2500 SOUTH HIGHLAND AVENUE #200
LOMBARD, IL 60148

Received by ORANGE COUNTY PROCESS MANAGEMENT on the 10th day of September, 2020 at 3:00 pm to be served on **McDonnell And Associates Llc, 959 WEST LAMARK LANE, ANAHEIM, CA 92802**.

I, MARIO ALVAREZ, do hereby affirm that on the **18th day of September, 2020** at **9:40 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED** to: **RAMON GONZALEZ** as **COMPETENT ADULT MEMBER OF HOUSEHOLD** at the address of: **959 WEST LAMARK LANE, ANAHEIM, CA 92802**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
9/15/2020 6:20 pm NO ACCESS. THERE IS A PRIVATE GATE AT THE RESIDENCE.
9/16/2020 4:10 pm NO ANSWER AT THE DOOR.
9/18/2020 9:40 am OSCAR GONZALEZ IS NOT IN PER RAMON GONZALEZ, COMPETENT ADULT MEMBER OF HOUSEHOLD, SUBSTITUTE SERVICE EFFECTED.

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

MARIO ALVAREZ
1436

ORANGE COUNTY PROCESS MANAGEMENT
295 BROADWAY
COSTA MESA, CA 92627
(949) 678-7003

Our Job Serial Number: OCP-2020000212

Copyright © 1992-2020 Database Services, Inc - Process Server's Toolbox V8.1c